**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

_____

SCHERING-PLOUGH HEALTHCARE
PRODUCTS, INC.,

        Plaintiff,

    v.                                                   Case No. 07-CV-642

SCHWARZ PHARMA, INC.,
KREMERS URBAN, LLC,
BRECKENRIDGE PHARMACEUTICALS, INC.,
and PADDOCK LABORATORIES, INC.,

        Defendants.

_____

### ORDER REGARDING *PRO SE* FILINGS BY JONATHAN LEE RICHES

Pursuant to the Motion Regarding Pro Se Filings by Jonathan Lee Riches, filed by defendant Breckenridge Pharmaceutical, Inc.;

**IT IS HEREBY ORDERED** that:

    1.    Jonathan Lee Riches has filed a pro se motion to intervene in this case.

    2.    Riches has filed thousands of lawsuits in courts throughout the country, and has filed various motions to intervene in pending cases. Many of those complaints and motions have been held to be frivolous and have been dismissed by the courts. Further, several courts have entered orders prohibiting Riches from making further filing in the courts, absent meeting certain conditions.

    3.    Jonathan Lee Riches is not a party to this case.

4. The Court hereby **ORDERS** that the Clerk's Office not accept any further filings from Riches in this case, and further that defendants are not required to respond to any further filings or discovery requests served by Riches. Jonathan Lee Riches is hereby enjoined from making any further filings in this case, until further order of the Court.

Dated at Milwaukee, Wisconsin, this 3rd day of September, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge